# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN  DISTRICT OF TEXAS

### AMARILLO  DIVISION

| | | |
|---|---|---|
| JOHNATHAN DOUGLAS WAYNE, | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § | |
| | § | 2:16-CV-140-J |
| HASTINGS ENTERTAINMENT, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## ADMINISTRATIVE CLOSING ORDER

There having been no activity in this case for over six months and there being no further action that can be taken in this case at this time, it is hereby administratively closed.  This closing order shall not be considered as a dismissal or otherwise dispositive of this case, and, should further proceedings in this case become necessary or desirable, this Order does not prevent any interested party from promptly requesting the reopening of this case by filing of the appropriate pleading.

It is SO ORDERED.

Signed this the _____18th_____ day of May, 2017.


**MARY LOU ROBINSON**
SENIOR UNITED STATES DISTRICT JUDGE